ACCEPTED
12-15-00193-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/25/2015 3:03:46 PM
Pam Estes
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/25/2015 3:03:46 PM
PAM ESTES
Clerk

CAUSE NUMBER 12-15-00193-CV

| | | |
|---|---|---|
| IN RE | § | IN THE COURT OF APPEALS |
| | § | |
| JAMIE MAJORS | § | TWELFTH DISTRICT |
| | § | |
| RELATOR | § | TYLER, TEXAS |

## REAL PARTY IN INTEREST'S MOTION TO RECONSIDER RELATOR'S FIRST AMENDED MOTION FOR TEMPORARY RELIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW Real Party In Interest Heather Majors, by and through Colin D. McFall, Attorney of Record, in the above numbered and styled cause, and moves this Court grant the Real Party in Interest's Motion to Reconsider Relator's First Amended Motion for Temporary Relief. In support of said motion, the Real Party in Interest would respectfully show this Honorable Court the following:

I.

On the 5th day of April 2013, the Anderson County Court granted a divorce between Real Party In Interest Heather Majors and Relator Jamie Majors. The Court appointed Real Party In Interest Heather Majors and Relator Jamie Majors as Joint Managing Conservators. However, the Court appointed Real Party In Interest

Heather Majors as the party with the exclusive right to designate the primary residence of the children.

## II.

On the 14th day of June 2013, Relator Jamie Majors, pursuant to the above referenced agreement, returned to his Virginia residence with the children.

## III.

On or about the 20th day of July 2013, Real Party In Interest Heather Majors and Relator Jamie Majors, pursuant to their Standard Possession Order, came to a mutual agreement that Relator Jamie Majors may take possession of the children for one (1) year, while Real Party In Interest Heather Majors completes college.

## IV.

During the children's time in Virginia, Relator Jamie Majors allowed Real Party In Interest Heather Majors both telephonic and in person visitation with her children.

## V.

On the 16th day of June 2014, Relator Jamie Majors failed to return the children to Real Party In Interest Heather Majors as previously agreed.

## VI.

Even after Relator Jamie Majors failed to return the children to Real Party In Interest Heather Majors, Relator Jamie Majors allowed Real Party In Interest Heather Majors both telephonic and in person visitation with her children.

VII.

On the 8th day of July 2014, Relator Jamie Majors filed a Petition to Modify Parent – Child Relationship in the Anderson County Court at Law.

VIII.

Even after Relator Jamie Majors filed a Petition to Modify Parent – Child Relationship in the Anderson County Court at Law, Relator Jamie Majors allowed Real Party In Interest Heather Majors both telephonic and in person visitation with her children.

IX.

On the 17th day of July 2015, the Anderson County Court at Law denied Relator Jamie Majors' Plea to the Jurisdiction, Motion to Dismiss for Lack of Jurisdiction, and Motion for Continuance.

X.

On the 29th day of July 2015, Relator Jamie Majors filed a Motion for Temporary Relief and Writ of Mandamus with this Court.

XI.

On the 31st day of July 2015, this Court Overruled Relator Jamie Majors filed a Motion for Temporary Relief.

## XII.

On the 9th day of September 2015, Real Party In Interest Heather Majors, filed a Motion for Enforcement of Possession and Access and Order to Appear.

## XIII.

On the 21st day of October 2015, this Court granted Relator's First Amended Motion for Temporary Relief, and stayed all further proceedings in the Trial Court, pending disposition of Relator's petition.

## XIV.

With the exception of one telephone call, on the 11th day of November 2015, so that the children may wish Real Party In Interest Heather Majors a happy birthday, Relator Jamie Majors has ceased all access and possession of the children by Real Party In Interest Heather Majors.

## XV.

Prior to the Court's stay, Relator Jamie Majors allowed Real Party In Interest Heather Majors access and possession of the children.

## XVI.

After the Court's stay, with one small exception, Relator Jamie Majors has denied Real Party In Interest Heather Majors all access and possession of the children.

## XVII.

Relator Jamie Majors' actions evidence an awareness that Relator Jamie Majors may act with impunity as the Trial Court is without authority to enforce its own order. As a result, Relator Jamie Majors has severed all communication between Real Party In Interest Heather Majors and her children. The severance of the relationship between Real Party In Interest Heather Majors and her children is not in the best interest of the children and is significantly impairing the children's physical health or emotional development.

## XVIII.

WHEREFORE, PREMISES CONSIDERED, Real Party In Interest Heather Majors prays this Court reconsider and vacate the stay.

RESPECTFULLY SUBMITTED,

_____
COLIN D. MCFALL
Attorney at Law
Texas Bar Number:          24027498

513 North Church Street
Palestine, Texas 75801-2962
Telephone:  903-723-1923
Facsimile:   903-723-0269
Email:  cmcfall@mcfall-law-office.com

# CERTIFICATE OF SERVICE

I, Colin D. McFall, Attorney of Record for the above styled Real Party in Interest, hereby certify service of a true and correct copy of the above and foregoing document upon Jeffrey L. Coe, Attorney for Relator, at jeff@coelawfirm.com, by email transmission, on the 24th day of November 2015.

RESPECTFULLY SUBMITTED,

_____
COLIN D. MCFALL
Attorney at Law
Texas Bar Number:          24027498

513 North Church Street
Palestine, Texas 75801-2962
Telephone:   903-723-1923
Facsimile:    903-723-0269
Email: cmcfall@mcfall-law-office.com

CAUSE NUMBER 12-15-00193-CV

| | | |
|---|---|---|
| IN RE | § | IN THE COURT OF APPEALS |
| | § | |
| JAMIE MAJORS | § | TWELFTH DISTRICT |
| | § | |
| RELATOR | § | TYLER, TEXAS |

**AFFIDAVIT**

BEFORE ME, the undersigned notary, on this day, personally appeared Heather Majors, a person whose identity is known to me. After I administered an oath to Heather Majors, upon her oath, she said:

"My name is Heather Majors. I am over eighteen (18) years of age, of sound mind and capable of making this Affidavit. I am the Real Party in Interest in the above numbered and styled cause. I have read the Real Party in Interest's Motion to Reconsider Relator's First Amended Motion for Temporary Relief and swear the facts relied on are within my personal knowledge.

_Heather M. Majors_
HEATHER M. MAJORS

SWORN to and SUBSCRIBED before me by Colin D. McFall on the 24th

day of November 2015.

FALLON ASHLEY PIERCE
Notary Public, State of Texas
My Commission Expires
August 01, 2018

_____
NOTARY PUBLIC IN AND FOR THE STATE OF TEXAS

My commission expires: ___8-1-18___